## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ROBERT BROOKS, **Petitioner,** | : | **CIVIL ACTION** |
| v. | : | |
| DAVID DIGUGLIELMO, et al. **Respondents.** | : | NO.  09-2885 |

### ORDER

AND NOW, this _____ day of _____, 2009, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1.  The Report and Recommendation is APPROVED and ADOPTED.

2.  The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

3.  There is no probable cause to issue a certificate of appealability.

4.  The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
C. DARNELL JONES, II, J.